IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for MID CITY BANK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HASTINGS STATE BANK, a Nebraska Banking Organization, CONNIE COFFEY, LARRY COFFEY, PAUL POWERS, and VERN POWERS, Directors of Hastings State Bank, <br><br> Defendants | Case No.:  8:12-cv-00064 <br><br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the Stipulation of Dismissal with Prejudice (Doc. 39).  Having reviewed the Stipulation, the Court finds it proper in all respects and that it should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action, including all claims, counterclaims and requests for relief herein, is dismissed with prejudice.  Each party shall bear its own costs and fees.

Dated this 26th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge